AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  4:25mj87-MAF |
| JUAN GOMEZ PEREZ | ) | |
| a/k/a JUAN GOMEZ-PEREZ | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 29, 2025, _____ in the county of _____ Leon _____ in the _____ Northern _____ District of _____ Florida _____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, U.S.C. Section 1326(a) | Reentry of Removed Aliens |

This criminal complaint is based on these facts:

See Affidavit in Support of Criminal Complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Derek Farniok, Special Agent-HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/30/25

_____
*Judge's signature*

City and state: _____ Tallahassee, Florida _____

Martin A. Fitzpatrick, United States Magistrate
*Printed name and title*

RCV'D USDC FLND TL
MAY 30 '25 PM3:24