IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No.: 4:25mj87-MAF

JUAN GOMEZ PEREZ
a/k/a JUAN GOMEZ-PEREZ

_____/

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

### I.    INTRODUCTION

I, Derek E. Farniok, being duly sworn, depose and state the following:

1.    I have been employed with Homeland Security Investigations since August 4th, 2019. Furthermore, I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center. Prior to Employment with Homeland Security Investigations, the I was employed with the Midland Police Department in Midland, Texas for Approximately two and a half years as a Patrol Officer and received 704 hours of training from the Permian Basin Law Enforcement Academy. I also possess a bachelor's degree in criminology from the University of Oklahoma. I have received training in and have experience investigating multiple immigration laws.

2.    This Affidavit is made in support of a Criminal Complaint against Juan GOMEZ PEREZ (GOMEZ PEREZ), a/k/a "Juan Gomez-Perez."  As set forth

1

RCV'D USDC FLND TL
MAY 30 '25 PM3:24

herein, there is probable cause to believe GOMEZ PEREZ, a native and citizen of Mexico, illegally re-entered the United States after deportation at an unknown time and unknown place, in violation of Title 8, United States Code, Section 1326(a).

3.     This Affidavit is based upon my personal knowledge, experience, and investigation, as well as information conveyed to me directly from or through reports of other ICE agents and other law enforcement officers in the course of their official duties. Because this Affidavit is submitted for the limited purpose of obtaining a Criminal Complaint and Arrest Warrant, I have not included all information known by me or other investigators concerning this investigation. I have set forth only those facts I believe are essential to establish the necessary foundation for the Criminal Complaint and Warrant. This Affidavit does not exhaust my knowledge or that of other investigators of the facts and circumstances surrounding this investigation.

## II.    RELEVANT FACTS OF THE INVESTIGATION

4.     On May 29, 2025, Homeland Security Investigations (HSI) executed a federal search warrant on an active construction site located at 111 W. Gaines St. Tallahassee, Florida, in the Northern District of Florida. The search warrant allowed HSI agents and assisting law enforcement agencies to search for any and all personal identifying documents, and other miscellaneous business documents associated with an ongoing criminal immigration investigation. While securing the

2

scene of the federal search warrant, GOMEZ PEREZ, native and citizen of Mexico, was encountered. During the investigation into GOMEZ PEREZ' immigration status, it was determined that GOMEZ PEREZ was in fact illegally present in the United States.

5.    HSI SA Farniok conducted a search of all relevant DHS databases which shows GOMEZ PEREZ had not requested permission for this entry and did not enter the United States legally. The records further show GOMEZ PEREZ was issued a notice to appear on August 17, 2022, while detained in the Hillsborough County, Florida Jail, and was then removed from the United States at Harlingen, Texas on September 14, 2022.

6.    I have no reason to believe that GOMEZ PEREZ was present in the Northern District of Florida involuntarily when he was encountered and arrested on or about May 29, 2025, as outlined above.

7.    A review of GOMEZ PEREZ criminal history shows that he was arrested for a state violation of driving under the influence on August 15, 2022, by the Hillsborough County Sheriff's Office. GOMEZ PEREZ was later arrested for failure to appear on July 1, 2023. GOMEZ PEREZ has active warrants from Hillsborough County Sheriff's Office for driving with a suspended license, driving without a license, and driving while intoxicated.

### III.    CONCLUSION

3

8.     Based on the above facts, I believe that there is probable cause to establish that Juan GOMEZ PEREZ has violated 8 U.S.C. §§ 1326(a), as he has been deported or removed from the United States, after which he subsequently knowingly reentered or was found voluntarily in the United States without proper consent or lawful authority.

Derek E. Farniok, SA
Homeland Security Investigations


Subscribed and sworn to before me on this ___ day of May, 2025, in Tallahassee, Florida.

MARTIN A. FITZPATRICK
U.S. Magistrate Judge

4